UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Maxwell Kendall Kimble,**
               Defendants.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7-22-cr-00569-PMH

     The Court rescheduled sentencing in this matter to September 27, 2023 at 11:00 am in Courtroom 520 at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: April 18, 2023        SO ORDERED:

*/s/ Philip M. Halpern*
Philip M. Halpern, U.S.D.J